William R. Hopkins SBN 170122
Attorney at Law
775 E. BLITHEDALE, #374
MILL VALLEY, CA 94941
(415) 435-5507
(415) 366-2179 (Fax)

Attorneys for PLAINTIFFS

FREDDY ARIAS

UNITED STATES DISTRICT COURT FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDY ARIAS, an individual, | USDC Case No 08 4407 MEJ |
| Plaintiff, | REQUEST FOR CONTINUATION OF STATUS CONFERENCE; |
| v. | |
| DEPARTMENT OF THE ARMY, US ARMY CORPS OF ENGINEERS and PETE GEREN, SECRETARY OF THE ARMY | DECLARATION OF COUNSEL IN SUPPORT THEREOF |
| | ORDER CONTINUING CMC |
| Defendants. | |

I, William Hopkins, declare:

1. I am the attorney for plaintiff in this matter and make this declaration in support of plaintiff's request for continuation of status conference and accompanying dates.

2. The summons and complaint have been served on the United States Attorney's Office.

3. I received correspondence back from an Assistant United States Attorney noting that she has is the Assistant US Attorney assigned to defend this action.

4. That correspondence acknowledged having received the summons and complaint, but objects to the manner of service noting that it has not been served by registered mail and also that

- 1 -

simultaneous service was not completed on the Agency Head and Attorney General's Office in Washington D.C.

5. Although the summons and complaint was mailed to the Agency Head, it was not mailed by certified mail.

6. The service is being corrected to comply with the concerns expressed by the Assistant United States Attorney in that correspondence.

7. In the interim, I am currently out of state with family until January 10, 2009 due to my stepmother's illness. My stepmother has pancreatic cancer and has just undergone surgery at the University of Pennsylvania Hospital.

8. Based on the foregoing, I respectfully request a continuance of the status conference.

I declare under penalty of perjury that the foregoing is true and correct and stated to the best of my personal knowledge.

DATED: January 4, 2009

                                          WILLIAM HOPKINS
                                          ATTORNEY FOR PLAINTIFFS

Good cause appearing, the Case Management Conference is hereby CONTINUED to March 12, 2009 at 10:00 a.m. in Courtroom B. All deadlines shall be adjusted accordingly.

IT IS SO ORDERED.

Dated: January 6, 2009

