LAWRENCE G. BROWN
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2741
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDY ARIAS,<br><br>            Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF THE ARMY, U.S. ARMY CORPS OF ENGINEERS, PETE GEREN, SECRETARY OF THE ARMY<br><br>            Defendants. | No. 2:09-cv-00690 WBS GGH<br><br>STIPULATION TO MODIFY SCHEDULING ORDER AND ~~PROPOSED~~ ORDER THEREON<br><br>Complaint Filed:   September 19, 2008<br>Trial Date:           August 24, 2010 |

   COMES NOW Plaintiff Freddy Arias and Defendant Peter Geren, Secretary of the Army, by and through their counsel of record, and hereby STIPULATE to modify the scheduling order to postpone the exchange of expert disclosures from November 9, 2009 until December 20, 2009 and the close of discovery from January 15, 2010 until February 26, 2010.  This requested change is based on the fact that Plaintiff's counsel moved offices and has had other circumstances that interfered with his ability to timely produce the initial disclosure, discovery responses, or produce Plaintiff for deposition.  Discovery has also been delayed by the need for releases to secure documents from outside third parties.  The United States is willing to accommodate Plaintiff's need for a little more time if it is not harmed thereby, which harm can be avoided if this Court agrees to a brief extension of time as specified herein and if Plaintiff provides all outstanding information by the end of September, provides the requested executed release, and appears for his deposition on the agreed upon date in October.

1  The parties have not previously requested any changes to the July 9, 2009 Scheduling Order and
2  do not currently anticipate requesting any other Scheduling Order changes. The proposed changes in the
3  expert disclosure date and discovery cutoff will not impact any of the other scheduled dates including
4  the March 30, 2010 dispositive motion filing deadline, June 14, 2010 final Pretrial Conference and
5  August 24, 2010 trial. Thus, the only proposed changes to the scheduling order are the expert
6  disclosure date and discovery cutoff, all other dates and requirements of the order are unaffected.
7  IT IS SO STIPULATED.
8  DATED: September 17, 2009                    LAW OFFICE OF WILLIAM R. HOPKINS

10                                              By:    /s/ William R. Hopkins
                                                       WILLIAM R. HOPKINS
11                                                     Attorney for Plaintiff Freddy Arias

12
   DATED: September 17, 2009                    LAWRENCE G. BROWN
13                                              United States Attorney

14
                                                By:    /s/ Kelli L. Taylor
15                                                     KELLI L. TAYLOR, Assistant U.S. Attorney
                                                       Attorneys for Peter Geren, Secretary of the Army
16

17                                         **ORDER**

18  Pursuant to the parties' stipulation, and for good cause shown, the court hereby GRANTS the
19  request for a modification of the July 9, 2009 Scheduling Order and Orders that expert disclosures shall
20  now be continued from November 9, 2009 until December 20, 2010 and close of discovery shall be
21  extended from January 15, 2010 until February 26, 2010. All other dates and conditions in the
22  scheduling order are unchanged including the March 30, 2010 dispositive motion filing deadline, June
23  14, 2010 final Pretrial Conference and August 24, 2010 trial.
24  IT IS SO ORDERED:
25  DATE: September 18, 2009

                                                WILLIAM B. SHUBB
                                                UNITED STATES DISTRICT JUDGE