BENJAMIN B. WAGNER
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2741
Facsimile: (916) 554-2900

Attorneys for Defendants

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDY ARIAS,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF THE ARMY, U.S. ARMY CORPS OF ENGINEERS, PETE GEREN, SECRETARY OF THE ARMY<br><br>　　　　　Defendants. | No. 2:09-cv-00690 WBS GGH<br><br>STIPULATION TO MODIFY SCHEDULING ORDER AND ~~PROPOSED~~ ORDER THEREON<br><br>Complaint Filed:　　September 19, 2008<br>Trial Date:　　　　　August 24, 2010 |

COMES NOW Plaintiff Freddy Arias and Defendant Peter Geren, Secretary of the Army, by and through their counsel of record, and hereby STIPULATE to modify the scheduling order so that the Defendants' expert disclosure is due on January 20, 2010.

The parties previously requested one change to the July 9, 2009 Scheduling Order and do not currently anticipate requesting any other Scheduling Order changes. The change specific herein does not impact any of the other scheduled dates including the date for Plaintiff to disclose experts, the March 30, 2010 dispositive motion filing deadline, June 14, 2010 final Pretrial Conference and August 24, 2010 trial. Thus, the only proposed changes to the scheduling order are the Defendants' expert disclosure date; all other dates and requirements of the order are unaffected.

IT IS SO STIPULATED.

DATED: December 11, 2009                    LAW OFFICE OF WILLIAM R. HOPKINS


                                            By:  */s/ William R. Hopkins*
                                                 WILLIAM R. HOPKINS
                                                 Attorney for Plaintiff Freddy Arias


DATED: December 11, 2009                         BENJAMIN B. WAGNER
                                                 United States Attorney


                                            By:  */s/ Kelli L. Taylor*
                                                 KELLI L. TAYLOR, Assistant U.S. Attorney
                                                 Attorneys for Peter Geren, Secretary of the Army

## **ORDER**

Pursuant to the parties' stipulation, and for good cause shown, the court hereby GRANTS the request for a modification of the July 9, 2009 and September 21, 2009 Scheduling Orders and Orders that Defendants' expert disclosure shall now be continued from December 20, 2009 until January 20, 2010.  All other dates and conditions in the scheduling order are unchanged including the December 20, 2009 deadline for Plaintiff to disclose experts, the March 30, 2010 dispositive motion filing deadline, June 14, 2010 final Pretrial Conference and August 24, 2010 trial.

IT IS SO ORDERED:

DATE:  December 14, 2009

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

G:\DOCS\SHU\DSHU2\inBOX\Signed\09cv690 Arias - Stip to Modify Exprt Disclosure.wpd