BENJAMIN B. WAGNER
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2741
Facsimile: (916) 554-2900

Attorneys for Federal Defendants
Department of the Army, U.S. Army Corps of
Engineers, John McHugh, Secretary of the Army

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| FREDDY ARIAS,<br><br>             Plaintiff,<br><br>vs.<br><br>DEPARTMENT OF THE ARMY, U.S. ARMY CORPS OF ENGINEERS, JOHN McHUGH, SECRETARY OF THE ARMY<br><br>             Defendants. | No.  2:09-cv-00690 WBS GGH<br><br>NOTICE OF SUBSTITUTION OF DEFENDANT AND ORDER<br><br>[Fed.R.Civ.P. 25(d)(1)]<br><br>Complaint Filed:     September 19, 2008<br>Trial Date:              August 23, 2010 |
|---|---|

   NOTICE IS HEREBY GIVEN that on September 21, 2009, John McHugh was confirmed by the United States Senate as Secretary of the Army, replacing Pete Geren.

   Accordingly, pursuant to Fed. R. Civ. P. 25(d)(1), John McHugh will be substituted as defendant in place of Pete Geren, and all further proceedings in this action "shall be in the name of the substituted party." Defendants John McHugh and the United States of America further request that the caption used in this case be modified to reflect this substitution.

DATED: March 29, 2010          BENJAMIN B. WAGNER
                               United States Attorney

                      By:      /s/  Kelli L. Taylor
                               KELLI L. TAYLOR,
                               Assistant United States Attorney
                               Attorneys for Defendants
                               Department of the Army, U.S. Army Corps of
                               Engineers, John McHugh, Secretary of the Army

Substitution of Defendant                                                                    1

1
2
3       **ORDER**
4   IT IS SO ORDERED.
   DATED:   March 31, 2010
5
6   _____
   WILLIAM B. SHUBB
7   UNITED STATES DISTRICT JUDGE
8
9
10
11
12
13   G:\DOCS\SHU\DSHU2\inBOX\Signed\09cv0690 - Arias v. Army - Substitition of Defendant.wpd
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28