UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

FREDDY ARIAS,

        Plaintiff,

   v.

JOHN MCHUGH, SECRETARY OF THE ARMY,

        Defendant.
                                       /

NO. CIV. 2:09-690 WBS GGH

<u>MEMORANDUM AND ORDER RE: MOTION TO DISMISS</u>

----oo0oo----

        On June 21, 2010, defendant John McHugh filed a motion to dismiss plaintiff's First Amended Complaint pursuant to Federal Rule of Civil Procedure 41(b) and Local Rule 110 on the grounds that plaintiff failed to timely file his pretrial statement in violation of Local Rule 281.  (Docket No. 88.) Plaintiff subsequently filed his pretrial statement on June 23, 2010, which the court stated it would consider at the pretrial conference held June 28, 2010 and incorporated into the final

1

1  pretrial Order of June 29, 2010.  (<u>See</u> Docket Nos. 90-94.)  While
2  plaintiff's failure to timely file his pretrial statement
3  inconvenienced defendant, the circumstances do not warrant
4  dismissal of his Complaint.
5         THEREFORE ORDERED that defendant's motion to dismiss
6  be, and the same hereby is, DENIED.
7  DATED:  July 26, 2010

            _____
            WILLIAM B. SHUBB
            UNITED STATES DISTRICT JUDGE