BENJAMIN B. WAGNER
United States Attorney
EARLENE GORDON
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2741
Facsimile: (916) 554-2900

Attorneys for Defendant
John McHugh, Secretary of the Army

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREDDY ARIAS,<br><br>    Plaintiff,<br><br>vs.<br><br>JOHN McHUGH, SECRETARY OF THE ARMY<br><br>    Defendant. | No. 2:09-cv-00690 WBS GGH<br><br>ORDER OF DISMISSAL<br><br>Complaint Filed:    September 19, 2008 |

The parties hereto, Plaintiff FREDDY ARIAS and Defendant JOHN McHUGH, SECRETARY OF THE ARMY, having stipulated to a Compromised Settlement and Release of Claims pursuant to 29 U.S.C. § 701, et seq., and Good Cause Appearing;

IT IS HEREBY ORDERED that this action is dismissed, with prejudice, in its entirety.

DATED: September 13, 2010

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Order of Dismissal                                                                                                                    1